ROGERS, J.,
concurring in part and dissenting in part.
I would affirm in its entirety the district court’s careful dismissal of plaintiffs haphazard and rambling complaint. The claims against defendants Terrie and Cooper are stated in terms of medical malpractice or negligence, and require considerable inference to be read as Eighth Amendment deliberate-indifference claims. Barnett’s complaint does not suggest that Terrie flat-out abandoned Barnett after seeing him injure himself, and instead describes a case of inadequate medical attention. The fact that Barnett labeled this portion of his complaint “Medical Negligent” makes this clear. For Cooper too, Barnett’s complaint appears concerned with inadequate medical attention, the primary example of which is Cooper’s failure to order Barnett a cat scan, rather than with some absolute refusal to provide Barnett any medical treatment.